FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

HUGO ALBERT TERRAZAS, JR.,

    Defendant.

No.    1:24-CR-02026-SAB-2

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER**

Before the Court is the United States' Motion for Protective Order, ECF No. 146. The motion as heard without oral argument. The United States is represented by Benjamin Seal and Caitlin Baunsgard. Defendant is represented by Andrew Kohlmetz.

The United States asks the Court to enter a Protective Order to cover sensitive discovery materials concerning a confidential informant. It indicates Defendant does not object. Good cause exists to grant the motion; however, the parties will be required to seek leave of the Court to file documents under seal.

Accordingly, **IT IS ORDERED**:

1. The United States' Motion for Protective Order, ECF No. 146, is **GRANTED**.
2. The following Protective Order is entered in this matter:

    1. Discovery materials that contain the voice or image of a confidential source will be provided to defense counsel for review (i.e. sensitive discovery). Until further Order of the Court, those materials may not be shown to the Defendant or left in a Defendants' custody;

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER ~ 1**

2. Defense counsel may possess, but not copy (excluding the production of necessary working copies), all sensitive discovery materials; and

3. The United States, defense counsel, and witnesses may reference the existence and content of sensitive discovery material in open and closed Court proceedings relevant to this case; provided however, the parties seek leave of the Court to file any written reference to the content of the protected discovery under seal.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 7th day of August 2026.



Stan Bastian
Chief United States District Judge

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER ~ 2**